Brian Hogan  SBN# 257431
The Hawkins Center
101 Broadway Ave.
Richmond, California 94804
(510) 621-3542
(510) 221-4300 (Fax)
bhogan@hawkinscenter.org

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELICA GUADALUPE BERNAL,<br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br>　　　　　Defendant. | Case No. 3:16-cv-04317-JST<br><br>**STIPULATED REQUEST AND** ~~**PROPOSED**~~ **ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT** |

　　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to approval of the Court, that Plaintiff may have an extension of time of 45 days in which to file her Motion for Summary Judgment.  Plaintiff's motion was due on December 27, 2016, pursuant to Civil L.R. 16-5.  Plaintiff's Motion for Summary Judgment is now due on February 10, 2017.

Dated:  December 22, 2016　　　　　　　/s/ Brian Hogan
　　　　　　　　　　　　　　　　　　　BRIAN HOGAN
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated:  December 22, 2016　　　　　　　/s/ April A. Alongi
　　　　　　　　　　　　　　　　　　　APRIL A. ALONGI
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　(By Email Authorization)

APPROVED AND SO ORDERED.

Dated:  January 4, 2017

HON. JON S. TIGAR

*Stipulated Request and Order Extending Time for Plaintiff to File Motion for Summary Judgment*